UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW KRISCO, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>LINKEDIN CORPORATION,<br><br>       Defendant. | Case No. 20-cv-08204-WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION**<br><br>Re: Dkt. No. 14 |

The pro hac vice application of Attorney Bryce T. Hensley Re: Dkt. No. 14 is **Denied** for failing to comply with Civil Local Rule 11-3. That rule requires an applicant to certify that "he or she is an active member in good standing of the bar of *a United States Court or of the highest court of another State or the District of Columbia*, specifying such bar" (emphasis added). Filling out the pro hac vice form from the district court website such that it identifies only the state of bar membership — e.g., "the bar of Illinois" — is inadequate under the rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: December 3, 2020

WILLIAM ALSUP
United States District Judge